# UNITED STATES DISTRICT COURT
for the

Western District of North Carolina

| | |
|---|---|
| United States of America <br> v. <br> WILLIAM LEWIS HINSON <br> Date of Previous Judgment: 8/17/1994 <br> (Use Date of Last Amended Judgment if Applicable) | ) <br> ) <br> ) Case No: 3:93CR00258-007 <br> ) USM No: 10875-058 <br> ) None <br> ) Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ■ the defendant ❒ the Director of the Bureau of Prisons ❒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
❒ DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __Life__ months **is reduced to** __324 months__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)
Previous Offense Level: 43  Amended Offense Level: 39
Criminal History Category: III  Criminal History Category: III
Previous Guideline Range: Life to Life months  Amended Guideline Range: 324 to 405 months

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
■ The reduced sentence is within the amended guideline range.
❒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
■ Other (explain): This reduction is the result of the application of Amendment 505, which capped the Defendant's base offense level at 38. Amendment 706 is not applicable, and Defendant is not eligible for relief under Amendment 706, however, because the drug quantities exceed 4.5 kilograms.

**III. ADDITIONAL COMMENTS**
Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated __8/17/1994__ shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 16, 2009

Effective Date: _____
(if different from order date)

Martin Reidinger
United States District Judge